IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,        )<br>                                                        )<br>                    Plaintiff,           )<br>                                                        )<br>        vs.                                         )<br>                                                        )<br>SHAWN SHERIDAN,                     )<br>                                                        )<br>                    Defendant.       ) | 8:05CR221<br><br>ORDER |

This matter is before the court on the motions for an extension of time by defendant Shawn Sheridan (Sheridan) (Filing No. 12).  Sheridan seeks an extension of time for approximately two weeks in which to file pretrial motions pursuant to paragraph 3 of the progression order (Filing No. 7).  Sheridan 's counsel represents that an affidavit in accordance with paragraph 9 of the progression order whereby Sheridan consents to the motion and acknowledges he understands the additional time may be excludable time for the purposes of the Speedy Trial Act will be filed in this matter.  Upon consideration, the motion will be granted.

**IT IS ORDERED:**

1.   Defendant Sheridan's motion for an extension of time (Filing No. 12) is granted. Defendant Sheridan is given until **on or before July 1, 2005,** in which to file pretrial motions pursuant to the progression order (Filing No. 7).  The ends of justice have been served by granting such motion and outweigh the interests of the public and the defendant in a speedy trial.  The additional **time** arising as a result of the granting of the motion, i.e., the time between **June 17, 2005 and July 1, 2005**, shall be deemed **excludable** time in any computation of time under the requirement of the Speedy Trial Act for the reason defendant's counsel requires additional time to adequately prepare the case, taking into consideration due diligence of counsel, and the novelty and complexity of this case.  The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(8)(A) & (B).

2.   The tentative setting of an evidentiary hearing for 9:00 a.m. on June 24, 2005, is **canceled** and will be re-scheduled in the event any pretrial motions are filed in accordance with this order.

DATED this 17th day of June, 2005.

                                                                        BY THE COURT:

                                                                         s/Thomas D. Thalken
                                                                        United States Magistrate Judge