IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 8:05CR221 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| SHAWN SHERIDAN, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that, pursuant to defense counsel's request, the Motion to Admit Evidence and brief in support are hereby ordered sealed.

Dated this 24th day of October, 2005.

BY THE COURT:

s/ Joseph F. Bataillon
JOSEPH F. BATAILLON
United States District Judge