IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 8:05CR221 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| SHAWN SHERIDAN, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that a hearing on all pending pretrial motions [32] is scheduled before the undersigned on **November 2, 2005, at 11:00 a.m.**, Courtroom No. 3, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska. Jury selection is scheduled for **November 2, 2005, at 1:00 p.m.** Trial will commence **November 7, 2005, at 8:30 a.m.**

The defendant must be present for all of the above.

Dated this 28th day of October, 2005.

BY THE COURT:

s/ Joseph F. Bataillon
JOSEPH F. BATAILLON
United States District Judge